144 A.3d 714

**STATE of Maryland**

v.

**HERSHMAN, Edward Lane**

**Pet. Docket No. 572, Sept. Term, 2015**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

■

144 A.3d 714

**STATE of Maryland**

v.

**HINES, Michael Keith**

**Pet. Docket No. 586, Sept. Term, 2015**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.